JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

N. L. A.,

               Plaintiff,

      v.

FRANK BISIGNANO,
Commissioner of Social Security,

            Defendant.

Case No. ED CV 25-2773-E

**JUDGMENT**

    IT IS HEREBY ADJUDGED that judgment is entered in favor of Defendant and the action is dismissed with prejudice.

    DATED:  June 5, 2026



                         CHARLES F. EICK
             UNITED STATES MAGISTRATE JUDGE